UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES DAVID WHITEHEAD

VERSUS

PAT BOOK, ET AL

CIVIL ACTION

NO. 08-51-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 23, 2008 (doc. no. 17). The defendant filed an objection which the court has considered in conducting a *de novo* review of the record.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 3) filed by petitioner, Charles David Whitehead, is DISMISSED WITH PREJUDICE.

Baton Rouge, Louisiana, this 17th day of October, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE